**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52840.

Sept. 29, 1972.

Application denied. The ruling of the trial judge is correct.

266 So.2d 914

**STATE of Louisiana**

v.

**Kenneth Joseph MILLER.**

No. 52846.

Oct. 3, 1972.

Writ denied. The return of the trial court shows that a trial date has been set for October 31. The motion for speedy trial has been disposed of by that order.

266 So.2d 914

**STATE of Louisiana**

v.

**Christine Mary THARP.**

No. 52848.

Oct. 4, 1972.

This Court will not interfere with the orderly trial of a criminal case except where irreparable injury is shown. No such showing having been made, the application is denied.

McCALEB, C. J., and SANDERS, J., although of the opinion that the judge erred in curtailing the district attorney's cross-examination of the defense witness on a matter pertaining to the veracity of her testimony concerning the affirmative defense of entrapment, nevertheless con-

cur in the denial of the application as it has long been the policy of this Court not to interfere with the orderly progress of a criminal trial on questions pertaining to the admission or rejection of evidence, save in cases where a motion to suppress has been erroneously sustained.